UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Trellis Quinn,<br><br>　　　　　　　　　Petitioner<br>　v.<br><br>Jeremy Bean, et. al,<br><br>　　　　　　　　　Respondents | Case No. 2:25-cv-00316-JAD-DJA<br><br>**Order Dismissing Improperly Commenced Case**<br><br>[ECF No. 1] |

　　　Petitioner Trellis Quinn has filed an application to proceed *in forma pauperis* (IFP) and a habeas petition.[1]  This action has not been properly commenced because the IFP application does not include all the required attachments.  Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, a petitioner must attach both an inmate-account statement for the past six months and a properly executed financial certificate.  Petitioner has not complied with either requirement, so his application is incomplete.  The IFP application is also not on the form provided by the court.[2]

　　　IT THEREFORE IS ORDERED that **the application to proceed *in forma pauperis* (ECF No. 1) is DENIED and that this action is DISMISSED** without prejudice to Quinn's ability to file a **new** petition in a **new** action with a properly completed IFP application.

　　　IT FURTHER IS ORDERED that a certificate of appealability is DENIED because jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

　　　IT FURTHER IS ORDERED that **the Clerk of Court is directed to SEND** petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and

---

[1] ECF No. 1.

[2] *See* Local Rule LSR 1-1.

a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action, **and CLOSE THIS CASE**.

Dated: February 27, 2025

_____
U.S. District Judge Jennifer A. Dorsey